UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUDOLPH BETANCOURT,<br>    Plaintiff,<br>vs.<br><br>FEDERAL PLAZA ASSOCIATES, LTD.<br>and AUTOZONE STORES LLC,<br>    Defendants. | Case No.: 22-cv-14317-AMC |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, FEDERAL PLAZA ASSOCIATES, LTD. and AUTOZONE STORES LLC, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Kenneth L. Minerley
Kenneth L. Minerley, Esq. (FBN: 521840)
   *Attorney for Defendant*
Minerley Fein, P.A.
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432
(561) 362-6699
ken@minerleyfein.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(209) 759-2280
WassenbergL@gmail.com

s/ Laurie M. Riley
Laurie M. Riley, Esq.
   *Attorney for Defendant*
Jones Walker LLP
(305) 679 5728
lriley@joneswalker.com