UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
     Plaintiff,

vs.

FEDERAL PLAZA ASSOCIATES, LTD.
and AUTOZONE STORES LLC,
     Defendant(s).

Case No: 22-cv-14317-AMC

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANTS, FEDERAL PLAZA ASSOCIATES, LTD. and
## AUTOZONE STORES LLC

Plaintiff, RUDOLPH BETANCOURT, and Defendants, FEDERAL PLAZA ASSOCIATES, LTD. and AUTOZONE STORES LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, FEDERAL PLAZA ASSOCIATES, LTD. and AUTOZONE STORES LLC, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

     Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Kenneth L. Minerley
Kenneth L. Minerley, Esq. (FBN: 521840)
  *Attorney for Defendant*
Minerley Fein, P.A.
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432
(561) 362-6699
ken@minerleyfein.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

s/ Laurie M. Riley
Laurie M. Riley, Esq.
  *Attorney for Defendant*
Jones Walker LLP
(305) 679 5728
lriley@joneswalker.com